AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN ——————— DISTRICT OF ——————— FLORIDA

UNITED STATES OF AMERICA

v.

WILLIAM PEREZ, et al

## WARRANT FOR ARREST

**95- 0958 CR-MOORE**

CASE NUMBER: MAGISTRATE JUDGE
BANDSTRA

FILED by _____

DEC - 1 1995

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   William Perez
_____
                                                    Name

and bring him xxxxx forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him xxxxx with  (brief description of offense)   Conspiracy
                                                           Export of Stolen automobiles.

in violation of Title _____18_____ United States Code, Section(s) _____371 and 553(a)_____

LINNEA JOHNSON
_____
Name of Issuing Officer

_____
Signature of Issuing Officer

MAGISTRATE JUDGE
JOHNSON
_____
Title of Issuing Officer

12/1/95, MIAMI, FL.
_____
Date and Location

Bail fixed at $ _50,000. CSB_     by _____

LINNEA JOHNSON
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## BOND RECOMMENDATION

DEFENDANT  WILLIAM PEREZ

$ 50,000   (Personal Surety, Recognizance, (Corp. Surety) Cash)
(Jail) (On Bond) (Warrant) (Summons) (Marshal's
Custody)

_____
ASSISTANT UNITED STATES ATTORNEY

Last Known Address:

What Facility:   _____

Agent:    DETECTIVE LES CRAVENS, AUTO THEFT TASK FORCE
(FBI)(DEA)(IRS)(CUSTOMS)(INS)(OTHER)