UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 95-958-CR-MOORE
                         Plaintiff )
                         )           REPORT COMMENCING CRIMINAL
-vs-                     )                  ACTION
Perez, William           )
Rosa Rogelio             )           44679-004
_____    )
        Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

FILED by ___ D.C.
DEC - 3 1995
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12/1/95   1530 hrs am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 371, 18 USC 553(a)
                        18 USC 2

(4) U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 4/3/69

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [X] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 12/1/95     (9) Arresting Officer: E. FORD/D. HAMES
(10) Agency: US CST                (11) Phone: 597-6000
(12) Comments: _____

28